COMMONWEALTH *vs.* JAMES PORTER. July 19, 1976. The judge did not abuse his discretion in denying the defendant's motion for a mistrial following certain opening remarks by the prosecution. See *Commonwealth* v. *Bellino,* 320 Mass. 635, 644 (1947), cert. den. 330 U. S. 832 (1947); *Commonwealth* v. *Hartford,* 346 Mass. 482, 485-486 (1963); *Commonwealth* v. *DeChristoforo,* 360 Mass. 531, 536-538 (1971); *Commonwealth* v. *Salemme,* 3 Mass. App. Ct. 102, 105-106 (1975). Nor was there error in the judge's denial of the defendant's motion for a directed verdict, as there was sufficient evidence from which the jury could have found that the defendant participated in a joint enterprise with his codefendants and others to commit larceny from the policewoman. See *Commonwealth* v. *Conroy,* 333 Mass. 751, 755 (1956); *Commonwealth* v. *Pina,* 360 Mass. 139, 143 (1971); *Commonwealth* v. *Mangula,* 2 Mass. App. Ct. 785, 789, 792-793 (1975); *Commonwealth* v. *Drew, ante,* 30, 31-33 (1976).

*Judgment affirmed.*

The case was submitted on briefs.
*Adam M. Lutynski* for the defendant.
*William J. Galvin, Jr.,* Assistant District Attorney, for the Commonwealth.